# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 19-2280-DOC (DFMx)          Date: November 27, 2019

Title: WILLIAM ASSMUS V. JAGUAR LAND ROVER NORTH AMERICA, LLC.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER OF REMAND**

On November 22, 2019, Defendant withdrew its notice of removal in the instant action (Dkt. 2). Accordingly, the Court orders that Plaintiff's case be REMANDED to Orange Counter Superior Court.

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

MINUTES FORM 11
CIVIL-GEN                                                 Initials of Deputy Clerk: djl